*UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT*

April 22, 2008

**ERRATA**

**Appeal No. 2007-1317**

**DATATREASURY CORP. V. WELLS FARGO & CO.**

Decided: April 16, 2008                     Precedential Opinion

Please make the following change:

Page 2, line 13:

**The text currently reads:**

"Appellants' motion to dismiss or stay litigation pending arbitration"

**Please reorder the wording so that it reads as follows:**

"Appellants' motion to dismiss or stay pending arbitration litigation"